# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO ALVAREZ MENDOZA, | Case No.: 2:17-cv-08198 GJS |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal [Docket 19], the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: May 11, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

1